UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADALBERTO ROJO-BELTRAN,<br><br>    Defendant/Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>. | Case No. C05-5418JET<br>          CR01-5640JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion pursuant to 28 U.S.C. §2255.

Having considered the entirety of the record and files herein, the Court finds and rules as follows:

Judgment and Sentence was entered on October 17, 2003. Defendant took no direct appeal. Therefore, the time for filing a §2255 motion expired on October 18, 2003. Defendant filed his 2255 motion on June 20, 2005, beyond the one-year statutory limitation period for filing motions to vacate, set aside or correct sentence. Accordingly, Defendant's motion is DISMISSED as untimely.

- 1

The Clerk of the Court is directed to send uncertified copies of this order to all counsel of record.

DATED this 4th day of October, 2005.

/s JACK E. TANNER
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2